UNITED STATES of America,
Plaintiff–Appellee

v.

Wilfredo Gonzalez LORA,
Defendant–Appellant.

No. 14–7410.

United States Court of Appeals,
Fourth Circuit.

Nov. 3, 2015.

Andrew Lamont Creighton, Office of the United States Attorney, Newport News, VA, for Plaintiff–Appellee, Wilfredo Gonzalez Lora, Philipsburg, PA, pro se.

Entered at the direction of the panel: Judge DUNCAN, Judge DIAZ, and Senior Judge DAVIS.

ORDER

The court previously denied rehearing and rehearing en banc and issued its mandate in this case on October 21, 2015. The court now recalls the mandate and grants panel rehearing pursuant to Fed. R.App. P. 40.

The clerk is directed to consolidate this case with No. 15–6137, *United States v. Wilfredo Gonzalez Lora.*